USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMARTE USA HOLDINGS, INC.,

                Plaintiff,

-against-

GRANDE COSMETICS, LLC et al.,

                Defendants.

24-CV-01240 (MMG)

**ORDER OF DISMISSAL**

MARGARET M. GARNETT, United States District Judge:

      The Court clarifies its prior order at Dkt. No. 28 to state that the closure of this case shall be deemed with prejudice only with respect to Defendant Grande Cosmetics, LLC. With respect to Defendants Macy's, Inc. and Saloncentric Inc., the Court's prior order at Dkt. No. 25 allowing the parties 45 days to reopen the case remains in effect.

Dated: May 13, 2024
       New York, New York

                              SO ORDERED.

                              MARGARET M. GARNETT
                              United States District Judge